Daniel Portugal-V51068
B4-113
P.O. Box 3030 H.D.S.P.
Susanville, Ca 96127

Court Clerk
Northern Dist CRT H.S.E.
Northern Dist of Calif

Daniel Portugal
V.
T. Felker-Warden
ET-AL. Custody Staff

CV 08    3311
Case No. _____
CRB    (PR)

CRB 555

E-filing

FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Motion-seeking Issuance of Temporary restraining order & Preliminary Injunction order- against any Reprisal by staff of any manner

I Daniel Portugal-V51068 Do solemly sware that to the best of my ability, knowledge this entire entitled Document/Motion to be true and correct according to the color & letter of law, and under the penalty of perjury. I'm seeking of your honorable court a Preleminary Injunction Be issued/served upon this Institution's warden T. Felker and it's custody staff (I.E) Receiving & Release, AD-Seg 9-B YRD staff those envolved with my day to day handeling escort, Etc all I can Do to name any & all of them who've threatened my Persona with Physical/Bodily harm is say "John Doe & Jane Doe" there bosses, which their signin Log & Daily log will Reflect as they won't tell you their name(s) or badge number(s) and most of the time they keep it covered up with a suspender shoulder strap or something of that nature if they even have one on your honorable court "I Do not feel safe" at this institution "Please assist me in & with the temporary restraining order & Preliminary Injunction and in & with my being moved-transfered to an Institution where I'm close to my family

② where I may be able to Program safety and be free

C08-33/1/CRB

Free from harm & Potential threats & Bodily harm", and if you would issue an order of Protection "special handeling" an one of keeping & Forcing this Instutions custody staff to refrain from any type manner or form of retaliation" on or against my Person" Please, your honor" I "Begging of your honorable court" For this "layman at laws" Prayer for relief - upon your & of your court & Please may / Judge T.E. Henderson "I need your immediate help" Mr. richard w. weiking SNR clerk of the court I'm begging of you sir to bring these motions my Prayer for Relief be to the honorable mat/judge T.E henderson as I'm at the 1st or 2nd most violent Penitentury in the country state of california, there reputation & perpensity For violence - against ethnic I'ms & anyone who draws heat, creates unwanted & undue outside attention from the court or sacrament of those who aren't infected with" this redneck - good olt-boy-Green well 2nd to only pleasant valley, Pelican bay & corcoran state prisons & salinas valley

Dated 7-29-08
Danie Portugal

Daniel Portugal
V.
Warden T. Felker
(ET-AL) custody staff

Points & Authority

① Cruz V. Beto 405 U.S. 319, 31 L.ed 2d 263, 92 S.CT. 1079 (1972)
② Cooper V. Pate, 378 US. 546, 12 L.ed 2d 1030, 84 S.CT. 1733 (1964)
③ Wolff V. McDonnell 418 US. 539, 41 L.ed 2d 935, 94 S.CT. 2963 (1974)
④ Hudson V. Palmer 468 U.S. 517, 526-27, 104 S.C.T 3194, 82 L.Ed 2d 393 (1984)
⑤ Deshanney V. Winnebago County Dept of School Services 489 U.S. 189, 200, 109 S.C.T 998, 103 L.Ed 2d 249 (1989)
⑥ Youngberng V. Romeo 757 U.S. 307, 315-16-102, S.CT-2452, 73 L.ed 2d 28 (1982)
⑦ Farmer V. US. 511 US. at 834, 114 S.CT. (1970)
⑧ Moore V. Mabus, 976 F.2d 268, 271 (5th cir 1992)
⑨ Martinez V. Stanford 323 F.3d 1178, 1183 (9th cir 2003)
⑩ U.S. V. Lopez US. Ca 9th No-05 50415
⑪ Serrato V. Clark US. Ca 9th cir No 06 15167 May 4 2007)
⑫ Re Rosenkrantz (2002) 29 cal 4th 616, 666-128 cal Rptr 2nd 104" I D" at 651
⑬ Motley V. Parks 432 F.3d 1072, 1077-78 (9th cir 2005)

Dated 6-29-08
Daniel Portugal



Danie Portugal
  v.
Warden-T. Felker
(ET-A1) custody staff

— Points & Authority —

① Mouney V. Holohen 55 S.CT 340 294 U.S. 103
② Deluna (2005) 126 Cal app 4TH 585, 59, 24 Cal RPTR
③ McQuillion V. Duncan (9th cir 2002) 306 F.3d 895, 901-902
④ Redd V. McGrath (9th cir 2003)
⑤ Serrato V. Clark U.S. Ca 9TH cir No. 0615167-5-07cir 9TH
⑥ Olsen V. Idaho 363 F.3d 916, 922 9TH cir '04)
⑦ Martinez V. Stanford, 323 F.3d 1178, 1183 (9th cir 03)
⑧ Motley V. Parks, 432 F.3d 1072, 1077-78 (9th cir 05)

dated 6-29-08
Danie Portugal

(3)

V-51068 B4-113
P.O. Box 3030  H.D.S.P.
Susanville, Ca 96127

V-51068
Daniel Portugal Pro-Se
                    Pro-Per
        V.
T. Felker - warden
(ET-AL) custody staff;

Court Clerk
Northern Dist CRT HSE
Northern Dist of Calif.

Case No. _____

Motion Seeking Issuance
of Temporary Restraining
order - Against custody staff
from any further threats against
me, Harrassment of me

I Daniel Portugal - Do solemnly sware, That this entire entitled document to the best of my ability and knowledge is true and correct - under the penalty of perjury and according to the letter of the law and to the color of the law, I am seeking, requesting of your Honorable court, the Issuance of this motion regarding my present and future safety and on an again this prisons custody staff in an with my Handeling, threats of physical harm to my person by custody staff that is & has been envolved with my movement & in dealing with me in any manner since my arrival at High Desert state prison. due to my being transfered here from Salinas Valley state prison, due to my being a somewhat successful prison litigator and safety & security issues there, from threats of violence & harm to my person both in writing received by staff and verbally as well being over heard by staff upon my arrival at High Desert state prison at receiving, release (R&R) I was verbally threatment, by staff as soon as they saw my legal work do to the nature of my transfer to there institution, as they have display a flagrent attitude towards, against

(S.N.Y.) Inmate's and they make that quite clear by physical, verbal abuse of towards (us) myself. shortly affter my arrival I wrote a letter to warden T. Felker regarding this matter of my concerns as I've laid be placed in ASU, do to my concerns, as I've laid them out in this motion. For your honorable court and for what ever reasons my request's & my letter were denied, I'D clearly laid out all of my conserns of safety to my person my enemy situations which entitle a clear and eminent potential Safety, security issue Etc. E.T.C. In conclussion I'm requesting of your honorable court, the issuance of this T.R.O - temporary Restraining order ageins and on this Institution - warden - custody staff, my being placed in (AD-SEG) unit, a transfer can be facilitated to a safe institution where I can program free from harm and in a close proximity my Family & log's will, would reflect all/names of custody staff envolved.

dated 6-29-08

Dania Portuga

Daniel Portugal
V.
Warden T. Felker
(ET-AL) custody staff

— Points & Authority —

① This Prisons Non compliance with the due process clause of the Federal constitutions
②. (342 F. supp 46)
③. (483 F. 2d 1059)
④ Robert O Me Donnel, Etc - 418 U.S. 539, 41 L. Ed 2d 935, 94 S.CT. 2963 NO: 73-679 (1974)
⑤ Garner - supra 529 U.S. 254 AT ExPo Facto.
⑥ Formost-Re-Rosenrrantz 483 F.2d 1059
⑦ Included in above cite is - Charles Wolff Jr. Etc -ET al Petitioner(s) these above & entitled Points & authority are to Include & being requested of & by way of your Honorable court issuing an additional order, that no reprisals be taken against, or shall any be administered to -ON-OR in any fashion against this Plaintiff, in this entitled action in it's entirity which is I/M Daniel Portugal - V-51068, &(ET-AL) F/u's As is the plaintiff in this instant action, and ongoing pending litigation - Pursuant to this unconstitutional action of & by-Dept correc, & Rehab violanting his due Process Right's to unempeeded Access to the courts subjecting this Plaintiff I/M D. Portugal - to cruel & unusual punishment the Right to bring A grevience, or action to & through the administrative process & to the courts

Case 3:08-cv-03311-CRB    Document 1    Filed 07/09/2008    Page 8 of 14

V-51068 B-4/13
P.O. Box 3030
Susanville, Calif 96127

Pro-Per
H.D.S.P.

Court Clerk
Northern Dist. Crt. HSE:
Northern Dist of Calif:

Daniel Portugal
        V
T. Felker-warden, (ET-AL) custody staff

Motion/letter for
a seeking Prayer of
Relief of your Honorable
Court:

Court Clerk - Richard W. Weiking;
Dear: Judge Thelton E. Henderson

   I am writing this Motion of regarding on Safety security and concern against this prison High Desert, appellant Daniel Portugal #V-51068 I would like to request to be tranfer from this institution due to this matter's.

   Prospective relief/preliminary injunctions appellant has a history of filed many complaint again CDC due to my lawsuit civil rights Act, 42 U.S.C. §1983. Salinas Valley tranfer me to this institution, the circumstances is the I have safety security, concern issue's. appellant send a letter to the warden T. Felker regarding this matter but for whatever reason my request was denial to be place on ASU. due to my concerned safety and enemies security issues, etc, threats verbal Harrasment physical harm many times.

(1) Legal analysis and conclusions, prison official must provide humane conditions of confinement, must take 37 F. Supp. 2d 927 reasonable measures to guarentee the safety of the Inmate "See Hudson V. Palmer, 468 U.S. 517, 526 27. 104 S.Ct. 3194, 82 L.Ed. 2d 393 (1984) see DeShanney V. Winnebago County Dept of Social Services, 489 U.S. 189, 200 S.Ct. 998, 103 L.3d 2d 249 (1989) (it is "cruel and unusual punishment to hold contricted criminals in unsafe conditions "Youngberg V. Romeo

457 U.S 307-315-16, 102 S.CT. 2452, 73 L.E.d.2d 28 (1982) prison official have a duty... to protect prisoners from violence at the hands of other prisoners. "Gratuitously allowings the beating of one prisoner by another serves no "legitimate pernological objective. The objective component of a failure to provide reasonable from harm claim is "Incarceration under conditions posing a substantial risk of serious harm" Farmer, 511 U.S. at 834, 114 S.CT 1970. The Fifth circuit has affirmed that (s)ome conditions of confinement may establish an Eighth amendment violation" in combination when each would not do so alone, but produces the only when they have a mutually enforcing effect that produces the deprivation of a single, identifiable human needs" Moore V. Mabus 976 F.2d 268, 271 (5th cir 1992) "A" remedy for unsafe conditions needs not await a tragic event" Hellings V. Mckinney, 509 U.S. 25, 33 113 S.CT, 2475, 125 L.Ed 2d 22 (1993) Inmate must be protected against present future dangers. Horton V. Lockrell 70 F.3d 397 40 (5th cir 1995) (citing Helling V. Mckinney, 509 U.S. 25 113 S.CT. 2475, 125 L Ed 22(1993) prison authorities must protect not only against current threats but also guard against "sufficiently imminent dangers that are likely to cause harm in the "next week or month or year!" Horton V. Lockrell

(2) 70 F.3d 397 401 (5th cir 1995) quoting Helling V. Mckinney 509 U.S. at 32-33 113 S.CT, 2475) The subjective component of a failure to provide reasonable protection from harm claims is deliberate indifference".

which is "more that mere negligence" in failing to prevent harm and acts or missions for the very purpose of causing harm or with knowledge that harm will result thus it the equivalent of acting recklessly" Farmer 511 U.S. at 835, 114 S.Ct. 1970 the obviousness of the risk from facts known to the appellant is circumstantial, but rebuttable, proof that defendant inferred the risk." Id at 840, 44, 114 S.Ct 1970; bradley v. puckett 157 F.3d 1022, 1025 (5th cir 1998) In albert, The district court concluded that "inmate beating and attacks are prevalent albert 790 F2d at 1224 (quoting albert v. Heard, 600 F.Supp 443 457 S.D. text. 1983) The Fifth circuit held that it "determine whether an Eighth amendment

(3) violation as well according to chapter 3 section 3.3, a transfer may violate some other constitution protection for example, a transfer might subject a prisoner to cruel and unusual punishment if the prison would be placed with known enemies or others who would cause serious harm. Prisoner are often very concerned about where they serve their time, especially if they hope to receive visits from family and friends "family ties, prison placement are specifically discussed in § 3.4 or they wish to be in a particular program or housing arrangement that is available only at certain prisons. once a person is validly convicted, the requirement of due process under the fourteenth amendment of the U.S. constitution. see Farmer V. Brennan 1994) 511 U.S. 825 (114 S.Ct. 1970;

128 L.Ed 811) prison officials have duty to protect prisoner from violence at the hands of other prisoners; a constitutional violation occurs when the danger of harm is "sufficiently serious" and the prison official acts with "deliberate indifference" to inmate health or safety). See also § 2.24 concerning reasonable

(4) safety concerns and chapter 7 concerning housing needs related to medical care - as for the record as well I been on High Desert Prison for more 3½ and still this institution has not allowed me to receive my personal property especially when all my property arrive with me on R&R, still have not receive any Fish Kit Higiene, laundry schedule all I have is on part of socks, boxers and shirt I ask many times to C/O, sgt's regarding some clothing or my legal property, and personal property as well but I try to resolve this issue on informal level due to the circumstance appellant has not receive any reply regarding this matter.

(5) this actions are "cruel and unusual conditions to live, appellant would like to request for protection to him and cellmate for this institution not to make or a false 1030 report against appellant cellmate for weapons or drugs, assault on staff. The due process clause protects a state prisoner's right under first amendment, 4, 8 amendment against "cruel and unusual punishment

Dated 6-29-08

Danice Portugal
appellant/declar

High Desert State Prison
Daniel Portugal V-51068 H.D.S.P.
P.O. Box 3030 B4-113
Susanville Ca 96127

Legal Mail—
Per CCR-15 Art 4. 3142 C.2
6-29-08

RECEIVED
08 JUL -2 PM 12:47
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

B4 STATE PRISON

RENO NV 895
30 JUN 2008 PM 1 L

U.S. District Court
Courtroom 12, Floor 19
450 Golden Gate Avenue
San Francisco, Ca 94102

9410247361 0004

"LET US DARE TO THINK, SPEAK AN[D]"
John Adams, 1765
powerofthe[...]
USA FIRST-CLASS FOREVER

Legal Mail —
Per CCR. 15 ART 4 3142 C.2