UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
THERN DISTRICT OF CALIFORNIA

# E-filing

**CV 08 3311 CRB**

Dear Sir or Madam:

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint ~~or petition~~ to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

(PR)

Sincerely,
RICHARD W. WIEKING, Clerk

_____
Deputy Clerk

PORTUGAL

~~(IFP Application /~~ letter ~~/ exhibits~~ / motion / no complaint ~~or petition~~)
(blank complaint form / ~~petition~~ attached)

Rev. 5/08