FILED
08 JUL 21 PM 4:40

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Portugal Plaintiff,

vs.

N. Grannis ET,AH Defendant.

CASE NO. CV08-0276

CV 08  3311
CRB
(PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Daniel Portugal, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1    If the answer is "no," state the date of last employment and the amount of the gross and net
2    salary and wages per month which you received. (If you are imprisoned, specify the last
3    place of employment prior to imprisonment.)
4    _____
5    _____
6    _____
7    2.    Have you received, within the past twelve (12) months, any money from any of the
8    following sources:
9        a.    Business, Profession or             Yes ____ No __)
10                self employment
11        b.    Income from stocks, bonds,         Yes ____ No __|
12                or royalties?
13        c.    Rent payments?                     Yes ____ No __|
14        d.    Pensions, annuities, or            Yes ____ No __|
15                life insurance payments?
16        e.    Federal or State welfare payments, Yes ____ No __
17                Social Security or other govern-
18                ment source?
19    If the answer is "yes" to any of the above, describe each source of money and state the amount
20    received from each.
21    _____
22    _____
23    3.    Are you married?                       Yes ____ No ✗
24    Spouse's Full Name: _____
25    Spouse's Place of Employment: _____
26    Spouse's Monthly Salary, Wages or Income:
27    Gross $_____ Net $_____
28    4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

|     |     |     |
| --- | --- | --- |
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5  _____

6  _____

7  5.   Do you own or are you buying a home?         Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?                    Yes ____ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No ✓ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.   Do you have a bank account?   Yes _____ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ____ No ✓ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)   Yes ____ No ✓

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment           Total Owed on This Acct.

26 _____   $ _____          $ _____

27 _____   $ _____          $ _____

28 _____   $ _____          $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 July 14, 08                           *Daniel Portugal* (signature)
17      DATE                              SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: CV 08-0276 |
| 3 | |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Portugal, Daniel A.** for the last six months
[prisoner name]
**High Desert State Prison** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0.00**.

Dated: **7-16-08**     _[signature]_ (S.P.)
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/16/08
                                                                     PAGE NO:          1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  HIGH DESERT STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 16, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER  : V51068                 BED/CELL NUMBER: FBB4T1000000113L
ACCOUNT NAME    : PORTUGAL, DANIEL ALEJANDRO      ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           CURRENT HOLDS IN EFFECT

 DATE      HOLD
 PLACED    CODE      DESCRIPTION              COMMENT          HOLD AMOUNT
 ------    ----      -----------              -------          -----------
07/09/2008  H114   COPAY FEE, MED.          0161 06/29              5.00

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL       CURRENT     HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS   WITHDRAWALS    BALANCE    BALANCE      TO BE POSTED
---------      --------   -----------    -------    -------      ------------
   0.00          0.00         0.00         0.00       5.00           0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         5.00-
```

High Desert State Prison
Daniel Portugal V-51068
P.O. box 3030 B4-113
Susanville Ca 96127



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON

IFP d Ceet
HE