IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PORTUGAL,<br>    Plaintiff(s),<br>    v.<br>T. FELKER, et al.,<br>    Defendant(s). | No. C 08-3311 CRB (PR)<br><br>ORDER<br><br>(Docket # 1 & 4) |

On January 16, 2008, plaintiff, a prisoner at High Desert State Prison ("HDSP") in Susanville, California, filed a pro se civil rights complaint for damages under 42 U.S.C. § 1983 alleging that, while incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, California, prison dentists "botched" several dental surgical procedures. The court found that plaintiff's allegations state a cognizable § 1983 claim for damages against the named SVSP defendants and ordered the United States Marshal to serve them. See Portugal v. Grannis, No. C 08-0276 CRB (PR), slip op. at 2 (N.D. Cal. May 27, 2008) (order of service).

1  On June 30, 2008, plaintiff filed a motion for a temporary restraining order
2  ("TRO")/preliminary injunction in civil case 08-0276.
3  On July 9, 2008, the clerk inadvertently filed a copy of the motion as new
4  civil case 08-3311. Good cause appearing therefor, civil case 08-3311 is
5  DISMISSED as improvidently opened.
6  The clerk shall close civil case 08-3311 and terminate all pending motions
7  (see docket # 1 & 4) as moot. No filing fee is due in this improvidently opened
8  action.
9  SO ORDERED.
10 DATED: August 20, 2008
   CHARLES R. BREYER
11 United States District Judge

G:\PRO-SE\CRB\CR.08\Portugal, D2.or1.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL PORTUGAL,

        Plaintiff,

  v.

T FELKER et al,

        Defendant.

Case Number: CV08-03311 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Portugal V-51068
High Desert State Prison
B4-113
P.O. Box 3030
Susanville, CA 96127

Dated: August 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk